

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 15 2019 ★

BROOKLYN OFFICE

MPR:TAW/DJL
F. #2017R00702

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ANIS KHAN,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N F O R M A T I O N

Cr. No. _____
(T. 18, U.S.C., §§ 982(a)(2)(B),
982(b)(1), 1029(a)(2), 1029(c)(1)(C),
1029(c)(2), 2 and 3551 et seq.; T. 21,
U.S.C., § 853(p))

THE UNITED STATES ATTORNEY CHARGES:

## ACCESS DEVICE FRAUD

1.    In or about and between April 2015 and March 2016, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ANIS KHAN, together with others, did knowingly and with intent to defraud use one or more unauthorized access devices, to wit: credit cards, in a manner affecting interstate commerce, and by such conduct did obtain things of value aggregating $1,000 or more during any one-year period.

(Title 18, United States Code, Sections 1029(a)(2), 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2.    The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with: (a) Title 18, United States Code, Section 982(a)(2)(B), which requires any person convicted of such offense to forfeit any property constituting, or derived from, proceeds

obtained directly or indirectly as a result of such offense; and (b) Title 18, United States Code, Section 1029(c)(1)(C), which requires any person convicted of such offense to forfeit any personal property used or intended to be used to commit the offense.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

  (a) cannot be located upon the exercise of due diligence;

  (b) has been transferred or sold to, or deposited with, a third party;

  (c) has been placed beyond the jurisdiction of the court;

  (d) has been substantially diminished in value; or

  (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Sections 982(a)(2)(B), 982(b)(1), 1029(c)(1)(C) and 1029(c)(2); Title 21, United States Code, Section 853(p))

*Richard P. Donoghue*
RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2017R00702
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

ANIS KHAN,

Defendant.

# INFORMATION

(T. 18, U.S.C., §§ 982(a)(2)(B), 982(b)(1), 1029(a)(2), 1029(c)(1)(C), 1029(c)(2), 2, and 3551 et seq.; T. 21 U.S.C. § 853(p))

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

*Temidayo Aganga-Williams and David J. Lizmi*
*Assistant U.S. Attorneys (718) 254-6183/7010*